**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00364-AP

MARK V. ELIO,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Plaintiff.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.      APPEARANCES OF COUNSEL**

    For Plaintiff:

    Alan M. Agee, P.C.
    ALAN M. AGEE, Esq.
    512 S. 8th Street
    Colorado Springs, CO 80905
    719-473-1515
    ageealanmpc@qwestoffice.net

    For Defendant:

    JOHN F. WALSH
    United States Attorney

    WILLIAM G. PHARO
    Assistant United States Attorney
    United States Attorney's Office
    District of Colorado

    Debra J. Meachum
    Special Assistant United States Attorney
    1001 17th Street, Sixth Floor
    Denver, Colorado  80202
    Telephone:  (303) 844-1570
    debra.meachum@ssa.gov

    Attorneys for Defendant

2.   **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.   **DATES OF FILING OF RELEVANT PLEADINGS**

   A.   Date Complaint Was Filed: **2/10/11.**
   B.   Date Complaint Was Served on U.S. Attorney's Office: **2/17/11.**
   C.   Date Answer and Administrative Record Were Filed: **4/19/11.**

4.   **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff's counsel states that the administrative record may be missing records that have previously been submitted to the Appeals Council. Otherwise the administrative record is complete.

Defendant's counsel states, to the best of her knowledge, that the administrative record is complete.

5.   **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff's counsel states that he does not intend to submit additional evidence, unless there are missing records that have been submitted to the Appeals Council.

Defendant's counsel states that she does not intend to submit additional evidence.

6.   **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.   **OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

8.   **BRIEFING SCHEDULE**

   A.   Plaintiff's Opening Brief Due:   **6/17/11**
   B.   Defendant's Response Brief Due:   **7/18/11**
   C.   Plaintiff's Reply Brief (If Any) Due:   **8/2/11**

9.   **STATEMENTS REGARDING ORAL ARGUMENT**

   A.   Plaintiff's Statement:  Plaintiff requests oral argument.
   B.   Defendant's Statement: Defendant does not request oral argument**.**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.   ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.   (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 9th day of May, 2011.

                                   BY THE COURT:

                                   <u>*s/John L. Kane*</u>
                                   U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/Alan M. Agee
Alan M. Agee, P.C.
ALAN M. AGEE, Esq.
512 S. 8th Street
Colorado Springs, CO 80905
719-473-1515
ageealanmpc@qwestoffice.net

For Defendant:

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

s/ Debra J. Meachum
DEBRA J. MEACHUM
Special Assistant United States Attorney
1001 17th Street, Sixth Floor
Denver, Colorado  80202
Telephone:  (303) 844-1570
debra.meachum@ssa.gov

Attorneys for Defendant