IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-00364-AP**

**MARK ELIO,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

## ORDER

---

Kane, J.

The Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access

to Justice Act, (doc. #18), filed August 11, 2011, is **GRANTED**.  In consideration thereof,

it is

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney

fees and expenses in the amount of **$5,541.31**.

Dated at Denver, Colorado, this 11th day of August, 2011.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT